UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APRIL DEWITT,

                Plaintiff,

  – *against* –

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                Defendants.

**ORDER**

19 Civ. 6195 (ER)

Ramos, D.J.:

    The discovery conference scheduled for 3:30 p.m. today, October 1, 2020, will be held by telephone. The parties are directed to dial (877) 411-9748 and enter access code 302 9857# at that time.

It is SO ORDERED.

Dated:   October 1, 2020
            New York, New York

                                    EDGARDO RAMOS, U.S.D.J.