USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
APRIL DEWITT,

                  Plaintiff,

         -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION; THOMAS GUARNIERI,
Principal of P.S. 47 John Randolph School; and
STEVEN FRAZIER, Assistant Principal
of P.S. 47 John Randolph School,

                  Defendants.
-----------------------------------------------------------------X

**ORDER**

19-CV-6195 (ER) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      By Order of Reference dated December 14, 2020 (Dkt. No. 33), Judge Ramos referred this case to me for settlement.  The parties are directed to advise the Court within 30 days when they wish to schedule a settlement conference.  The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties.  Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court.  In light of the COVID-19 pandemic, any settlement conference in the foreseeable future will likely be conducted telephonically.  Using the Court's conference line system, the Court will begin the settlement conference in joint session with all parties on the line before

breaking into private session and speaking to the parties individually, as the technology the Court is using can facilitate breakout sessions with each side.

The parties may wish to seek an extension from Judge Ramos of the date their dispositive motions and/or pretrial papers are due, given that the undersigned will not be scheduling a settlement conference until 2021 and the due date for the papers is currently December 30.

**SO ORDERED.**

Dated: December 15, 2020
  New York, New York

  _____
  JAMES L. COTT
  United States Magistrate Judge